Page 1

RECEIVED
JUN 3 – 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

FILED
JUN 3 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

1:22CV00553 RP

5-13-2022

My name is David Eugene McIntyre alias real birth name Mikel David Roman Sr. This is an address to the United States Federal Court House 501 west 5th street Suit 3300 Austin, Texas 78701. Policies of writs and legal papers say you need to draft politicaly correct mesurments and guidlines to file a writ or legal paper. But note they are not rules or laws but Policies. The rules to follow in drafting any writ or legal paper is that you are to be competent, effecient, effective and legible so that the courts can effectily and competently enforce the laws for you. I'm not educated enough to draft a politically correct policy legal paper, but I do know how to follow the rules of the courts so they can assist me competently and efficiently. I do not have any access to a computer or typewriter, so I'm forced to do this entire legal paper in hand print so that it is legible. To denie this legal paper is to denie me due process of law and to denie me access to the courts! Please be understanding with me. I am an inmate in the state of Texas!

Problems & Compliants:

The Texas Department of Criminal Justice Instutional Division, is activly operating 2 major organized crime operations. #1) The data entry operations. #2) The Micro-film industries. I as a repersenative of United States Security Council have already shut down both of the operations 3 different times, for computer hacking of banks and

5-13-2022

tARgeting Rich people for ORgAnized Crime operations. which were responsible for BlAck MAle, Extortion, humAn TrAfficing, Holding People for RAnsom, And HAcking All kinds of BAnking orgAnizAtions Around the world. InmAtes Chuck Betrick is responsible solely for the computer hAcking ProgrAms for Just About every BAnking And Credit beAurough Business Around the entire world. He mAkes copies of his ProgrAms of Micro-Rich And sends them to the RomAn CAtholic church. I took All of his MicroRich floppies AwAy from him 2 times And GAve them to NAvel Intelligence so they could strAighten out All of his hAcking. There is Another inmAte I know By reputAtion of HAmmer the clerk in Mr. Tillies electronics clAss thAt is Responsible for setting up Prostitution Rings And HumAn TrAfficing Rings By using various Accesses to the open Records Act! He's Also Guilty of BAnk HAcking for the GuArds of TDCJ-ID As well As chuck Betrick And mAny other dAtA entry operators And computer ProgrAmmers.

Also Note thAt the Microfilm industry is using the informAtion As well As the DAtA entry operAtions to seek out Rich People By By knowing who hAs New cArs, And expensive cArs, And Antiques thAt Are regisłed to them And they Are Black MAleing the owners And steAling their cArs And homes ect... ect... By orgAnized Crime Activites. The micro film industry is Being used to seArch out more extremly dAngerous ex-felons And coming to knolege of welthy People whom they Are forcing into OrgAnized Crime Activites.

5-13-2022

Evidence of Compliants:

#1) Who has ever heard of a Microfisch Computer which has to be programed with new programs every day for years on hand running strait in a row? #2) The Read Only Memory Chips in on Chuck Betricks Microfisch programing computers even the main frame has read only memories of every registered board that is hacking from the data entry operater programing boards and stations. The videos of security survalience of the vehicle registration data entry operations shows inmates writing down names, addresses, and types of cars that they are interested in! Why would they be writing all this down, without a reason? Common sence tells you they are operating organized crime activities! #3) The Microfilm industry is focusing on people who have been on parole or in court for murder, extortion, kidnapping, prostixution, auto theft, human trafficking, and many other types of organized crime activities. And the inmates are writing down names, addresses, and crimes committed. Why so much written information and they are takeing it home with them as know and reputable gang members? Answer they keep building armies by force of setting others up. They know if they do it once, they can be made to do it again by force and minipulation! There is also many other types of vital, private information which they have access to which gives them the abilities to change names and steal identities and credit accounts! Inmates steal commissary accounts by computer hacking and create new accounts

5-13-2022

in both commissary and banks for both guards and inmates. Truthfully computers and telephones both need to be taken away from all inmates! All they do is operate organized crime activities of every type imaginable with them. They even put contracts out on guards and inmates with phones both TDCJ-ID Telelink which is an illegal operation by AT.T and cell phones both. Common sense tells you criminals will be criminals if they can get even one little edge on you! No wonder so many good cops and guards die like flies led to sugar!

Laws of Evidence Presented:
- Organized Crime Activity
- ID Theft
- Bank Robbery
- Murder for hire
- Terrorism
- Auto theft
- Grand larceny and Money laundering
- Black Mail
- Human Trafficking
- Prostitution
- Many others!

Remidies: To completly shut down permanently all data entry operations, Vechible Registration operations, Micro film operations. Take all computer access away from inmates unconditionally! Take all Telephones away from inmates and if caught with one free

5-13-2022

would Change of Organized Crime Activity, no matter what their excuses! If TDCJ-ID Fails to comply with BANS; Give criminal Charges to All who support the Organized crime Activities And Press Charges against them to the full extent of the law. The inmates are indeed Terrizing the entire State of Texas from inside the fences of Jails And Prisons! Fact!

    Writ By: International
    Security Officer USOTNN
    Mikel David Roman Sr. Major
    General United States Military
        COBRA 1